UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 15-1752 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Charles B. Brinkman; Louise K. Brinkman

_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_(signature)_

William W.C. Harty
Name (printed or typed)

757-223-4540
Voice Phone

Patten, Wornom, Hatten & Diamonstei
Firm Name (if applicable)

757-249-3242
Fax Number

12350 Jefferson Avenue, Suite 300

Newport News, VA 23602
Address

wharty@pwhd.com
E-mail address (print or type)

---

## CERTIFICATE OF SERVICE

I certify that on July 23, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Peter Meredith Moore
Wilson Elser Moskowitz edelman & Dicker LLP
Suite 510
8444 Westpark Drive
McLean, VA 22102

_____     7/23/2015
Signature                          Date

05/07/2014
SCC